IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM ENRIQUE GUERRA MOLINA, <br><br> Petitioner, <br><br> v. <br><br> KELLIN JOHANNA MARGARITA SANCHEZ ALVARADO, <br><br> Respondent. | § § § § § § § § § § § § § Civil Action No. H-21-762 |

## FINAL JUDGMENT

This Court has contemporaneously issued its Findings of Fact and Conclusions of Law in the above-styled matter. Accordingly, based on the findings of fact, conclusions of law, and analysis set forth in the Court's contemporaneously dated order, the Court hereby

**ORDERS** that the Verified Complaint/Petition for the Return of Minor Children to Their Habitual Residence in El Salvador (Document No. 1) is **GRANTED**. The Court further

**ORDERS** that the children, LAG and WSG, be promptly returned to El Salvador with Petitioner William Enrique Guerra Molina.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __2__ day of September, 2021.

                                                        DAVID HITTNER
                                          United States District Judge